501 A.2d 634

**WESTINGHOUSE ELEVATOR CO., Petitioner,**

v.

**Alice HERRON, et al.**

Supreme Court of Pennsylvania.

Dec. 13, 1985.

Petition for Allowance of Appeal GRANTED, No. 163 E.D. Appeal Docket 1985.